**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar Nº. 135059)
1318 "K" Street
Bakersfield, CA 93301
Tel.: (661) 326-0857

Attorney for: BASIL JOSEPH GEAR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br>vs.<br><br>BASIL JOSEPH GEAR<br><br>DEFENDANT. | Case Nº.: CR-F-02-5341-REC<br><br>**STIPULATION TO EXTEND SURRENDER DATE** |

Defendant, BASIL JOSEPH GEAR by and through his attorney of record, DAVID A. TORRES, KATHLEEN SERVATIUS of the United States Attorney's Office, hereby stipulate that the defendant's surrender date be extended from June 20, 2005 to July 11, 2005.

Defendant was ordered to surrender on 06/20/2005 to Dublin, California. On June 15, 2005, he was contacted by the U.S. Marshall's office and was informed that the location had changed to a location in the State of Texas. At this point, the defendant is financially unable to purchase a flight ticket. I have contacted the U.S. Attorney and informed her of the above stated and has no objection.

The defendant respectfully requests that his surrender date be extended to July 11, 2005 so that he is able to accommodate travel to the State of Texas.

Stipulation to Extend Surrender Date

1 | DATED: 06/15/2005

2

3 | By                                         /s/ David A. Torres
　　　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES,
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
4 　　　　　　　　　　　　　　　　　　　　　　BASIL JOSEPH GEAR

5

　　　　　　　　　　　　　　　　　　　　　　MCGREGOR W. SCOTT
6 　　　　　　　　　　　　　　　　　　　　　　United States Attorney

7

DATED:                         By          /s/ Kathleen Servatius
8 　　　　　　　　　　　　　　　　　　　　　　KATHLEEN SERVATIUS
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
9 　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## ORDER

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S. C. § 18 3161 (h)(8)(A).

DATED:     June 20, 2005            /s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　　　　OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Stipulation to Extend Surrender Date

2

# PROOF OF SERVICE

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF KERN       )

     I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action. My business address is 1318 "K" Street, Bakersfield, CA 93301.

     On 06/16/2005 I served the following documents described as:

**STIPULATION TO EXTEND SURRENDER DATE**

on the interested parties in this action by:

[X]    **[VIA FACSIMILE/CM/ECF]** Pursuant to *Code of Civ. Proc. §§*1013(f), 2015.5, I sent a true copy thereof via telephone facsimile transmission to the following number(s) and a hard copy to follow by mail:

KATHLEEN SERVATIUS
Assistant U.S. Attorney
1130 "O" Street, Rm. 3654
Fresno, CA 93721
Fax: 559-498-7432

Executed on 06/16/2005 at Bakersfield, California.

     I declare under penalty of perjury that the foregoing is true and correct.

                                        Barbara Y. Perez