**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar Nº. 135059)
1318 "K" Street
Bakersfield, CA 93301
Tel.: (661) 326-0857

Attorney for: JOSEPH BASIL GEAR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>PLAINTIFF,<br><br>AND<br><br>vs.<br><br>JOSEPH BASIL GEAR,<br><br>DEFENDANT. | Case Nº.: CR-F- 02-5341 REC<br><br>**STIPULATION TO DEEM DEFENDANT A DRUG ADDICT ALLOW ADMISSION TO DRUG PROGRAM AT FCI LA TUNA** |

Defendant, JOSEPH BASIL GEAR and through his attorney of record, DAVID A. TORRES, and KATHLEEN SERVATIUS of the United States Attorney's Office, hereby stipulate the defendant be deemed a drug addict and be allowed to admission in a drug treatment program at the correctional facility he is currently housed in, FCI La Tuna.

---

Stipulation to deem defendant a drug addict and be admitted in drug treatment program, FCI La Tuna

Dated: 12/30/2005

By  /s/ David A. Torres
DAVID A. TORRES,
Attorney for Defendant,
JOSEPH BASIL GEAR

McGREGOR W. SCOTT
United States Attorney

Dated:                           By /s/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant U.S. Attorney
Attorney for Plaintiff

Dated:                              /s/ Robyn Marootian
ROBYN MAROOTIAN
U.S. Probation Officer

# ORDER

IT IS SO ORDERED. Defendant be deemed a drug addict and allow admission to drug treatment program at FCI, La Tuna.

Dated:   January 11, 2006          /s/ ROBERT E. COYLE
ROBERT E. COYLE
United States District Judge

Stipulation to deem defendant a drug addict and be admitted in drug treatment program, FCI La Tuna
2

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss
COUNTY OF KERN        )

I am employed in the County of Kern, State of California. I am over the age of 18 and not a party to the within action. My business address is 1318 "K" Street, Bakersfield, CA 93301.

On 01/09/2006 I served the following documents described as:

**STIPULATION TO ALLOW DEFENDANT TO PARTICIPATE IN DRUG TREATMENT PROGRAM AT FCI LA TUNA**

on the interested parties in this action by:

[X]   **[VIA FACSIMILE/ECF]** Pursuant to *Code of Civ. Proc. §§*1013(f), 2015.5, I sent a true copy thereof via telephone facsimile transmission to the following number(s) and a hard copy to follow by mail:

KATHLEEN SERVATIUS
Assistant U.S. Attorney
1130 "O" Street, Rm. 3654
Fresno, CA 93721
Fax: 559-498-7432

Executed on 01/09/2006 at Bakersfield, California.

I declare under penalty of perjury that the foregoing is true and correct.

Barbara Y. Perez