McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:02-CR-5341 REC |
| | ) | |
| Plaintiff, | ) | **AMENDED** |
| | ) | ORDER RECOMMENDING SUBSTANCE |
| v. | ) | ABUSE TREATMENT FOR DEFENDANT |
| | ) | |
| BASIL GEAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On or about January 9, 2006, the parties filed a stipulation with the Court which provided asked the Court to deem the defendant a drug addict and allow him admission to a drug treatment program at the correctional facility where he was being housed, FCI La Tuna.  In light of Title 18, United States Code, §3621(b) directs the BOP to make the determination as to whether a prisoner has a treatable condition of substance addiction or abuse, and good cause appearing,

IT IS HEREBY ORDERED that the Court recommends that the defendant receive substance abuse treatment.

DATED: March     2    , 2006          /S/ROBERT E. COYLE
                                       Honorable Robert E. Coyle
                                       United States District Judge

1