PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:02CR05341-001** |
| ) | |
| **BASIL JOSEPH GEAR** ) | |
| ) | |

On May 23, 2005, the above-named was placed on supervised release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Cassandra A. Fox
**CASSANDRA A. FOX
United States Probation Officer**

Dated:   August 22, 2011
         Sacramento, California
         CAF/sg

**REVIEWED BY:**   /s/ Michael A. Sipe
                  **MICHAEL A. SIPE
                  Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re: **Basil Joseph GEAR**
**Docket Number:  1:02CR05341-001**
**ORDER TERMINATING SUPERVISED RELEASE**
<u>**PRIOR TO EXPIRATION DATE**</u>

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

  August 26, 2011                                    /s/ OLIVER W. WANGER
**Date**                                                       **THE HONORABLE OLIVER W. WANGER**
                                                                       **Senior United States District Judge**

CAF/sg
Attachment:   Recommendation

cc:   United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office